IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA :

    Plaintiffs, : Case No. 3:17cv197

- vs - :

                                  Judge Walter H. Rice

JEFFREY W. DAVIS, et al.
                                  :

    Defendants.

**ORDER**

It is hereby ordered that the above captioned cause be administratively processed.[1]

                                          WALTER H. RICE, JUDGE
                                          UNITED STATES DISTRICT COURT

---

[1] Case settled. Final papers due by May 20, 2019.